**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01417-CV

### IN RE TRACY NIXON, Relator

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 00-14691-T**

## ORDER
Before Justices Francis, Myers, and Schenck

Based on the Court's opinion of this date, we **DENY** the petition and supplemental petition for writ of mandamus. We **ORDER** relator Tracy Nixon to bear the costs of this original proceeding.

/Molly Francis/
MOLLY FRANCIS
JUSTICE